MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN  (CABN 177104)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0639 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME FROM |
| v. ) | SEPTEMBER 17, 2012, TO OCTOBER 3, |
| ) | 2012 |
| ANTHONY WAYNE HARRAH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The defendant, ANTHONY WAYNE HARRAH, represented by JODI LINKER, Assistant Federal Public Defender, and the government, represented by OWEN P. MARTIKAN, Assistant United States Attorney, appeared before the Court on September 17, 2012, for the continued detention hearing in this case.  The parties stipulated to the continuance of this matter until October 3, 2012, and that the exclusion of the intervening time under the Speedy Trial Act was necessary for defense counsel's effective preparation, taking into account the exercise of due diligence, given that defense counsel has yet to receive discovery from the government, and for continuity of defense counsel.  The parties further stipulated that the ends of justice served by excluding the time between September 17, 2012, and October 3, 2012, from computation under

ORDER EXLUDING TIME
Case No. CR 12-0639 MMC

the Speedy Trial Act outweighed the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

DATED: September 17, 2012         _____/s/_____
                                  OWEN P. MARTIKAN
                                  Assistant United States Attorney

                                  GEOFFREY HANSEN
                                  Acting Federal Public Defender

DATED: September 17, 2012         _____/s/_____
                                  JODI LINKER
                                  Assistant Federal Public Defender
                                  Attorney for Anthony Wayne Harrah

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 17, 2012, and October 3, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would unreasonably deny the defendant continuity of counsel, and that the ends of justice served by excluding the time between September 17, 2012, and October 3, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 17, 2012, and October 3, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 19, 2012         _____
                                  HON. NANDOR J. VADAS
                                  United States Magistrate