STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HARRAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-0639 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | |
| ANTHONY WAYNE HARRAH, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for December 12, 2012 be continued to January 23, 2013 at 2:15 pm.

At the last appearance, the Court set the above-captioned matter over until December 12, 2012 for further status. Defense counsel has since learned that she will be out of the office starting December 12, 2012 to undergo surgery on her shoulder and will need additional time to review discovery and effectively prepare Mr. Harrah's case given this medical leave. Accordingly, the parties jointly request that the status conference be continued from December 12, 2012 to January 23, 2013.

For the above reasons, the parties stipulate there is good cause – taking into account the

public interest in the prompt disposition of this case – to exclude the time from December 12, 2012 to January 23, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from December 12, 2012 to January 23, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

____12/4/12_____  
DATED

_____/s/_____  
OWEN MARTIKAN  
Assistant United States Attorney

____12/4/12_____  
DATED

_____/s/_____  
JODI LINKER  
Assistant Federal Public Defender

IT IS SO ORDERED.

December 4, 2012  
_____  
DATED

_____  
MAXINE M. CHESNEY  
United States District Judge

Stipulation & [Proposed] Order to Continue;  
*U.S. v. Harrah*, Case No. 12-0639 MMC        2