| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JODI LINKER |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant HARRAH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0639 MMC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) ) | |
| ANTHONY WAYNE HARRAY, | ) ) | |
| Defendant. | ) ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for February 27, 2013 be continued to March 27, 2013 at 2:15 pm.

At the last appearance, the Court set the above-captioned matter over until February 27th for possible change of plea. Since then, a new Assistant United States Attorney has been assigned to the case. New counsel for the government and defense counsel are in negotiations over a potential resolution of the matter and require more time to complete those negotiations, as well as to further investigate the case. Accordingly, the parties jointly request that the appearance be continued from February 27, 2013 to March 27, 2013.

For the above reasons, the parties stipulate there is good cause – taking into account the

public interest in the prompt disposition of this case – to exclude the time from February 27, 2013 to March 27, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from February 27, 2013 to March 27, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

  February 21, 2013
DATED

                    /s/
SUSAN BADGER
Assistant United States Attorney

  February 21, 2013
DATED

                    /s/
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

February 22, 2013
DATED

MAXINE M. CHESNEY
United States District Judge